IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY L. PRYOR                                                    PLAINTIFF

vs.                             Civil No. 4:18-cv-04099

NANCY A. BERRYHILL                                      DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 24th day of April 2019, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                                  /s/ *Barry A. Bryant*
                                                                  HON. BARRY A. BRYANT
                                                                  U. S. MAGISTRATE JUDGE